**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-02796-SAG |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff United States of America and Defendants State of Maryland, Maryland Higher Education Commission, and University System of Maryland Board of Regent's joint motion for entry of a proposed briefing and increased page limits, it is hereby **ORDERED** that the parties' joint motion is **GRANTED** and an Order is **ENTERED** as follows:

1. Defendants' deadline to file a motion to dismiss is **August 27, 2026**. The page limit for the memorandum in support of Defendants' motion to dismiss is **30 pages**.
2. Plaintiff's deadline to file an opposition and cross-motion for summary judgment is **September 17, 2026**. The page limit for the memorandum in support of Plaintiff's opposition and cross-motion for summary judgment is **45 pages**.
3. Defendants' deadline to file an opposition and reply is **October 8, 2026**. The page limit for Defendants' opposition and reply is **30 pages**.
4. Plaintiff's deadline to file a reply is **October 22, 2026**. The page limit for Defendants' opposition and reply is **15 pages**.

DATED: _____________, 2026, at ____________________.

BY THE COURT:

_______________________________
Stephanie A. Gallagher
United States District Judge