**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, MARYLAND HIGHER EDUCATION COMMISSION, UNIVERSITY SYSTEM OF MARYLAND BOARD OF REGENTS,<br><br>Defendants. | Case No. 1:26-cv-02796-SAG |

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move to dismiss this action under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Arguments and authorities in support of this motion are set forth in the accompanying memorandum.

Dated: August 27, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

/s/ Yasmin Dagne

Yasmin Dagne (D. Md. Bar No. 32016)
Adam Kirschner (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
ydagne@oag.maryland.gov
410-223-1580

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, I electronically filed the foregoing document and its attachments via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

Respectfully submitted,

*/s/ Yasmin Dagne*

Yasmin Dagne (D. Md. Bar No. 32016)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
ydagne@oag.maryland.gov
410-576-1580

*Counsel for Defendants*