**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MARYLAND, MARYLAND HIGHER EDUCATION COMMISSION, UNIVERSITY SYSTEM OF MARYLAND BOARD OF REGENTS,<br><br>Defendants. | Case No. 1:26-cv-02796-SAG |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and this action is **DISMISSED**.

It is SO ORDERED.

DATED: ______________, 2026, at _____________________.

BY THE COURT:

_______________________________________
Stephanie A. Gallagher
United States District Judge