**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF MARYLAND, *et al.*<br><br>*Defendants*. | Civil No. 1:26-cv-2796-SAG |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the United States hereby moves this Court for summary judgment on all claims, for the reasons set forth in its accompanying memorandum of law.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

*s/ Alexandra McTague Schulte*
Senior Litigation Counsel
United States Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
Tel: 202-718-0483
Email: alexandra.schulte@usdoj.gov
*Attorneys for the United States*