**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF MARYLAND, *et al.*<br><br>*Defendants*. | Civil No. 1:26-cv-2796-SAG |

**[PROPOSED] ORDER**

The Court, having considered the parties briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment, hereby GRANTS Plaintiff's motion for Summary Judgment on all claims and DENIES Defendants' Motion to dismiss.

Maryland Code Annotated, Educ., § 15-106.8 is expressly preempted by 8 U.S.C. § 1623(a) and invalid, as are all laws and regulations that incorporate it, or its in-state tuition determination, by reference. Maryland Code of Regulations 13B.07.02.03 is expressly preempted by 8 U.S.C. § 1621(d) and 1623(a) and invalid.

Pursuant to Fed. R. Civ. P. 65(d), Defendants, and their officers, agents, servants, employees, and attorneys, and those in active concert with them, are hereby permanently enjoined from enforcing Maryland Code Annotated, Education, § 15-106.8, Maryland Code of Regulations 13B.07.02.03, and Md. Code Ann., Educ. §§ 18-402, 18-502, 18-605, and Md. Code Regs. 13B.08.07.03, 13B.08.10.01, 13B.08.10.02 and 13B.08.20.03, which incorporate Maryland Code Annotated, Education, § 15-106.8 by reference to it or the in-state tuition eligibility.

SO ORDERED.

____________________________
Hon. Stephanie A. Gallagher
U.S. District Judge.